1066

No. 73–451. Whistenant *v.* Alabama. Ct. Crim. App. Ala. Certiorari denied.

No. 73–452. City of Topeka Street Department *v.* Kansas Commission on Civil Rights. Sup. Ct. Kan. Certiorari denied.

No. 73–455. See *v.* Local Union 417, United Automobile Aerospace & Agricultural Implement Workers of America (UAW), et al. C. A. 6th Cir. Certiorari denied.

No. 73–456. Martinez-Martinez *v.* Immigration and Naturalization Service. C. A. 5th Cir. Certiorari denied.

No. 73–460. Troise *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–462. Weir *v.* United States. Ct. Cl. Certiorari denied.

No. 73–465. Titus *v.* Kornfield, Trustee in Bankruptcy. C. A. 9th Cir. Certiorari denied.

No. 73–468. Milliman *v.* Friedrich et al. C. A. 8th Cir. Certiorari denied.

No. 73–469. Signer *v.* Trustees of Property of Penn Central Transportation Co. C. A. 3d Cir. Certiorari denied.

No. 73–472. Woodman et al. *v.* Amason et al. Sup. Ct. Tex. Certiorari denied.

No. 73–474. Smith *v.* Robinson, Warden, et al. C. A. 2d Cir. Certiorari denied.